**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | CASE NO. 24-cr-00178-2 |
| v. : | |
| : | VIOLATIONS: |
| **ANDREW VALENTIN** : | 18 U.S.C. § 111(a) |
| : | (Assaulting, Resisting, or Impeding |
| Defendant. : | Certain Officers) |
| : | 18 U.S.C. § 111(a) and (b) |
| : | (Assaulting, Resisting, or Impeding |
| : | Certain Officers with a Deadly and |
| : | Dangerous Weapon) |

**I N F O R M A T I O N**

The United States Attorney charges that at all relevant times:

**COUNT ONE**

On or about January 6, 2021, at or around 2:29 p.m., in the District of Columbia, **ANDREW VALENTIN**, did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), while such person was engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

(**Assaulting, Resisting, or Impeding Certain Officers**, in violation of Title 18, United States Code, Section 111(a)(1))

## COUNT TWO

On or about January 6, 2021, within the District of Columbia, **ANDREW VALENTIN**, using a deadly and dangerous weapon, that is, a folding chair, did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, that is, an officer from Montgomery County Police Department, while such officer or employee was engaged in or on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

(**Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon**, in violation of Title 18, United States Code, Sections 111(a)(1) and (b))

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  /s/ Anna Z. Krasinski
Anna Z. Krasinski
Assistant United States Attorney
District of Columbia
601 D Street, N.W.
Washington, DC 20530