# Exhibit "A"

To Honorable Judge Reggie B. Walton,

I am writing this letter to speak on behalf of Matthew Valentin, the father of my child, and to share my heartfelt perspective on the incredible man that he is. Over the years, I have had the privilege of seeing firsthand the strength of his character, his solid commitment to his family, and the values he upholds.

Matthew is a deeply hardworking individual. Whether it's providing for our family or taking on challenges with his HVAC business, his work ethic is unmatched. He has always ensured that our daughter has everything she needs, and his sense of responsibility is something I admire deeply. His efforts are never driven by personal gain but by a genuine desire to create a stable and loving environment for his family.

What stands out most about Matthew is his devotion to family. Being family-oriented is at the very core of who he is. He cherishes the time he spends with us, from celebrating milestones to simply enjoying the small, everyday moments. He takes pride in teaching our child values like respect, kindness, and honesty.

Matthew is a peaceful and grounded individual. In all the years I have known him, he has never displayed any sign of violence or engaged in any criminal behavior. He approaches challenges with patience and thoughtful consideration, ensuring that he sets the best example for our child. His calm demeanor and strong moral values make him a positive and steady influence in our family's life.

While I acknowledge that Matthew may have made a mistake in the past, I truly believe that one moment does not define the man he is today. He has taken every opportunity to grow, to better himself, and to prove that he is a person of integrity, compassion, and strength. I hope that you can find it in your heart to forgive any past actions and see the kind, loving, and honorable individual that I know him to be.

It is not easy to put into words the impact Matthew has had on my life and the life of our daughter. He is a man of strength and integrity, someone who demonstrates his love and dedication so openly. For all these reasons and more, I hold him in the highest regard.

Sincerely,
Amanda Mohammed

Case 1:24-cr-00178-RBW   Document 69-1   Filed 01/15/25   Page 3 of 15

Cory Compher

12/02/24

Character Letter

Hello your honor, my name is Cory Compher and I have been friends with Matthew Valentin for over fifteen years. Let me start off by telling you a little about myself. I graduated from Stroudsburg high school in 2011 and have been a corrections officer for three years at the county level and federal level and now work in Private security. In that time as an officer I began to understand the criminal mind and how manipulating, vulgar, and selfish it can be. I can tell you with 100% certainty that Matthew does not fit the profile of a criminal.

Before the incident in question occurred, Matthew had a clean criminal history and focused solely on contributing towards his community and on his successful HVAC business along with his family. I'm not in any way condoning the actions that may have transpired on that day, but rather ask your honor for leniency when deciding what sentence is appropriate for Matthew. I have experienced first hand how Federal institutions from USP's down to the camps are loaded with illegal drugs, violent gangs, and career criminals and I could never imagine Matthew as such or even being considered in the same category. Matthew is not a flight risk, a danger to the public or a drug addict. The thought of Matthew spending even a minute in jail would be so shocking because I know the true person he is. He is a humble, kind, trustworthy, a man of his word, an

honest, dependable, loyal, and a loving friend and father. Knowing how this whole situation has affected him and his family mentally truly breaks my heart. I wish nothing but the best for Matthew because he constantly gives his best to others. I pray you find forgiveness for his actions and he may continue to thrive, prosper, grow his business, and provide unconditional love for his daughter. I know in my heart Matthew has already learned from this experience and has repeatedly told me and others he would never partake in such actions in his life. For someone to realize that their actions were wrong and make a lasting true change sometimes they need to be standing at a precipice, your honor this was Matthew's precipice.

Thank you Your Honor,

Cory Compher

Dear Honorable Judge Reggie B. Walton,

I'm writing this letter on behalf of my best friend Matthew Valentin. I've known Matt since I was 13 years old and we have been friends ever since. In my time of knowing Matt he's been nothing but an honest, compassionate, and responsible individual who has consistently demonstrated integrity and commitment to his family, friends, and community.

Matthew has been a brother to me and considered family in my house. Always been someone I can rely on and console when things aren't always great. He is an active member of our community, always willing to lend a hand to those in need. Not only has he helped raise money for children with diabetes. He always demonstrates a genuine concern for others' well being. Owning a small business of his own he is known well throughout our community as a kind and honest business owner who goes above and beyond his job even going out of his way to help everyone he can. He works hard day in day out to support his 3 year old daughter and his partner Amanda. He is the primary income to keep a roof over their heads and food on the table.

In the time I've known him, Matthew has always shown respect for others and taken accountability in difficult situations. His involvement in the events of January 6 does not align with the person I know him to be. That incident does not reflect his true character but rather was an aberration in otherwise a positive life of service and respect for the law.

I respectfully ask the court to consider Matthews' long history of positive contributions to those around him as you review his case. I know that he is deeply remorseful and will learn from this experience. I hope the court will take into account his character and the positive impact he has had on our community.

Thank you for your time and consideration.
Sincerely,
James Molina

**To Whom It May Concern,**

I am writing to provide a character reference for Matthew Valintine. I have had the pleasure of knowing Matt for 2 years as a friend and in a professional setting. During this time, I have come to deeply respect and admire Matt for his honesty, kindness, and reliability.

Matt is a person of exceptional integrity and an amazing father, husband and friend. I have witnessed on multiple occasions the way Matt interacts with his daughter and family. The unconditional love and support he displays towards others is admirable. Matt always puts others and their needs in front of his own. Matt has the amazing ability to be completely selfless that is unparalleled and has consistently inspired those around them.

In this journey of life, we all have had or been in situations that we wish we had acted differently. At the end of the day, we are human, and we all make mistakes. Everyone is only trying to do the best we can each day. I have made many choices in my life that I wish were different, but I have come to embrace those errors and look at them as positives. I believe we all learn the most from our mistakes. Those lapses in judgment change our perspectives forever. I wholeheartedly believe that is the situation for Matt. I believe Matt is the type of person that learns from mistakes and betters himself and those around him based on what he has learned.

Sincerely,

*Justin Hilgert*

Justin Hilgert

To Whom It May Concern,

I am writing this letter to tell you how I know Matt Valentin.

We first met Matt and his family when he was in grade school. My husband was an assistant Wrestling coach at our local wrestling program where Matt was involved. I remember him to always being very respectful and polite during practices, matches and tournaments.

Throughout the years my children and Matt have remained friends, so I was able to get to know him as an adult as well. He and my son played softball in a men's league, and we would go watch the games. Matt's family were there as well, and I would see him with his daughter and the love they had for each other was very sweet.

Not only is Matt a wonderful dad to his daughter, but he is also very hardworking and has become a successful business owner so he can provide a beautiful life for his family.

It is no surprise that his business would thrive since he runs it with the same values as he lives his life. When we first bought our home, we had to replace our AC and furnace, and Matt helped us with that. He did a great job, was always fair and prompt and he always greeted me with a hug and asked how we were doing.

In the past two years I have truly seen just how compassionate and generous Matt is. My son tragically passed away and Matt was there to show his love and support. He came over to service our furnace as he told my son he was going to do before his passing & he is always there to donate and support the charity we formed to honor my son.

In closing I hope you can see truly how kind, respectful & compassionate Matt is as a person. And just how much he loves his family. I consider it to be a blessing for anyone who has him in their lives.

Sincerely,

Karen Englehardt

Dear Judge Reggie B. Walton,

I am writing to you in support of my friend, Matthew Valentin, who is currently facing prosecution for his involvement in the events surrounding the January 6th, 2021 Capitol riot. I understand the serious nature of the charges against him, and I do not wish to minimize the significance of the situation. Rather, I hope to provide insight into his character and the kind of person he is outside of this regrettable incident.

I have known Matt for over fifteen years and during that time, I have come to know him as a dedicated and responsible family man. He is the proud father of a young daughter, and his love for her is evident in everything he does. Matthew is a committed father who has always prioritized his family and worked hard to provide for them. In addition to being a loving parent, he is also the owner of his own HVAC business, where he is known for his hard work, reliability, and commitment to serving his customers with integrity.

Throughout our friendship, I have seen firsthand how seriously he takes his responsibilities, both as a parent and a business owner. He has always been someone who values honesty and accountability. Matthew has built his business from the ground up, and his success is a testament to his work ethic and his ability to connect with others in his community. He has also been involved in various local efforts and has helped others in need whenever possible.

While I do not condone the actions that led to his involvement in the events of January 6th, I believe it is important to consider the full context of his life. Matt has always been a law-abiding citizen, and this incident was an aberration from his character. He has expressed deep remorse and regret for his actions, and I have seen firsthand how much he understands the gravity of what occurred. He is committed to learning from this experience and is dedicated to making amends in whatever way possible.

I am confident that Matt is a person capable of growth and change. He is not someone who seeks to repeat the mistakes of the past, and I believe that he

will continue to be a positive and contributing member of society. As a father, a business owner, and a member of his community, he has much to offer, and I pray that you will consider the entirety of his character as you evaluate his case.

Thank you for your time and consideration. I trust that you will take into account the good that Matt has done and the positive contributions he continues to make in his family and community.

Sincerely,

Kolby Miller

From,
Krystal Avila
136 Skinner Hill Road
Stroudsburg, PA 18360

December 1st, 2024

To,
The Honorable Judge,
Reggie B. Walton
United States District Court for the District of Columbia
E. Barret Prettyman United States Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Honorable Judge,

I am writing this character reference letter for Matthew Valentin, whom I have known for over 20 years. Matthew and I met back in 6th grade while attending Stroudsburg Middle School. Due to the longevity of our friendship, I believe I am in a position to speak for Matthew's character, so I hope you take this letter into account when making your decision.

Matthew Valentin is a responsible, hard working, kind, trustworthy, respectful, generous, compassionate, and humble individual. He is welcoming to everyone he stumbles upon and makes sure to not only treat people with the utmost respect regardless of their beliefs, but to also make them feel like their life has purpose and matters in this world. He listens carefully, judges no one and then walks alongside them until they're back on their two feet. He's the kind of man who goes out of his way to lend a hand to anyone who may need it and expects nothing in return. He is someone I trust wholeheartedly and who I admire deeply. It's because of his character and the way he carries himself that I asked Matt if my younger brother, Dominic, could shadow him for a few months to see if HVAC was his calling. If there is something you should know about myself it's that family means everything to me and if I had any hesitations about Matt, I wouldn't have let my brother near him. Matt took the time to teach him. He was patient when my little brother didn't get it right the first time and he made learning enjoyable; Dominic couldn't wait to go back. Matthew is a role model for many. He's a hard worker and always trying to better himself. He is also a great dad of a three year old daughter that needs him in her life. At the time of the protest, his daughter was not born yet and I know if she had been, he would never have gone..

Matthew is passionate about work, hobbies, life, and his beliefs. It is that passion that drove him to Washington that day. His intentions were to peacefully protest for what he believed was right. I know that the incident in Washington might not make it seem like it, but I can assure you that this single moment is not an accurate and complete representation of Matt's character. As human beings, we all make mistakes; it's inevitable. This was certainly a mistake, and one that

I know Matt regrets greatly to this day. Your Honor, it is with the utmost respect I ask that you do not let this one instance paint an inaccurate picture of this phenomenal man.

Although he is justly accused of the things he did, I urge you to exercise leniency with your sentencing as he has already taken ownership for the crime he committed and pled guilty. This man is a true gentleman and an asset to this world. I can assure you that if given a chance, he will not take it for granted and will take it upon himself to prove it.

I sincerely hope your Honor that you take this letter into consideration on the day of his sentencing. I know in my heart that Matt is an honorable member of society and has learned from his wrong-doing.

Respectfully,


Krystal Avila

**NICHOLAS
CIRRANELLO
SHERIFF**



Phone: (570)-517-3312
Criminal Div. Fax: (570)-517-3872
Civil Div. Fax: (570)-517-3870

**OFFICE OF THE SHERIFF
COUNTY OF MONROE
STROUDSBURG, PA 18360**

Honorable Judge Reggie Walton,

My name is Corporal Mateusz Kochan with the Monroe County Sheriff's Office. I am currently in my 12th year of my Law Enforcement career, where I am fourth in command in our department. I oversee our Firearms Investigation Division, I have held many roles such as a Courtroom Deputy, Civil Service, overseeing our Warrant Division for many years and currently in charge of our Drug Task Force unit which works with local, state, and federal agencies in Northeastern Pennsylvania.

I am writing this letter on behalf of Matthew Valentine. I have personally known Matt for approximately 20 years from both a personal and professional relationships. Matt has worked in HVAC for many years with great experience and knowledge to the point if he was working for a company I would specifically request him. He has since opened his own business where he has worked in my home, my family's home and many individuals in the community. I have called Matt at all hours when I had emergencies with my HVAC and he would drop what he was doing and come assist me without hesitation. This shows the type of individual he truly is.

I'd like to explain the type of person Matt is and how much he has done for myself and my family over the years. In May of 2023 my brother in-law tragically lost his life in a motorcycle accident. This was and currently still is a very difficult time for my family. The day of the accident after word got out that my brother-in-law was involved in an accident and family began to gather at my in-laws for support. Matt, along with his brother Andrew, were one of the first people who came to show their extreme love and support for our family. This did not surprise me; due to the fact of the friendship he had with Zach, my brother-in-law. Matt and his family spent countless hours and nights there for my in-laws in their time of need. He has and continues to help our family with different events for where we honor and remember the legacy of Zach, for example an annual Golf Tournament where funds raised go to Diabetic Dogs of America. This organization provides individuals and families that are challenged by Diabetes with world-class Service Dogs. Matt always sponsors the tournament and takes time out of his busy work scheduled to secure other businesses to also sponsor.

Matt has always been a family man and I've seen that increase when his daughter was born. Matt is a very loving and caring man. There are two things that Matt cares about in this world and it's his family and business. He does not get involved with any negative people and situations in our community.

I understand Matt was in DC on January 6th and was involved with the events that took place that day. Your honor, I want you to know this is not the Matt I've known for years. That day is not a reflection of his true character. I understand tensions were high that day and some unfortunate things transpired. I know things can happen in spur of the moment and people do stupid things due to the environment around them. I know Matt had no ill will intentions that day.

I understand that no one was injured in the case involving Matt. I think this is important in considering the sentence for Matt. I have seen throughout my career good people who've made irrational mistakes get sentenced to jail time and vice versa extremely bad people be sentenced to probation time and time again without learning their lesson. Matt has had no prior convictions which I'm sure you'll be made aware of by a presentence investigation.

I strongly believe that Matt would be a great candidate for Federal Probation or house arrest due to being a business owner and a family man. I know Matt would do very well on probation due to his busy schedule and his involvement with his family. I fully believe that he would be very successful on probation and would complete it without incident.

Your Honor, I'm asking you to give Matt this chance to prove himself to you and the Federal Justice system that he has learned his lesson with his actions from that day. This has been extremely stressful for Matt and his family, and I know he wants to get this behind him and continue being a productive member of society and a great father to his child. He truly is a great person; I know it's tough for you to judge someone based only on the information provided to you. But I can assure you something like this will ever happen with Matt again. Thank you for your time and consideration.

Respectfully,
Cpl. Mateusz Kochan

Firearms Investigator
Lead Firearms Instructor
Monroe County Sheriff's Office
610 Monroe Street
Stroudsburg, PA 18360
Phone: (570) 517-3301

To Honorable Reggie B. Walton,

I am writing in support of Matthew Valentin, whom I have known for six years through both professional and personal interactions. Throughout our time working together, I have consistently found Matthew to be a person of integrity, kindness, and responsibility. His involvement in the events of January 6th came as a shock and is entirely out of character based on my experiences with him.

Matthew has demonstrated a strong dedication to his work and a genuine commitment to helping others through his career in the heating and air conditioning business. Whether in his professional role or personal life, I have seen his dedication to supporting those around him. His attention to customers' comfort has always stood out. Matthew often leaves the comfort of his home to ensure that others can enjoy the comfort of theirs. He deeply cares about his family, friends, and clients, consistently striving to meet their needs with responsibility and reliability around the clock, often without a second thought.

During challenging times, Matthew has shown resilience and an ability to reflect and learn from his mistakes. This quality is key in moving forward from recent events, as he has expressed sincere regret over his involvement on January 6th. He has communicated to me his desire to make amends and learn from this experience. I have witnessed him explain to others what happened that day and how he got caught up in the hype, helping them learn from his mistakes. I am confident that he understands the seriousness of the situation and is committed to ensuring such actions are never repeated in his life.

I respectfully ask that you take this letter into consideration as part of your assessment of Matthew Valentin. Based on my long-standing relationship with him, I am certain he will emerge from this situation as a more reflective and conscientious individual. Matthew is capable of positive growth and contributing meaningfully to society, and I have every confidence that he will do so.

Thank you for your time and consideration.
Sincerely,
Michael Miller

To Honorable Judge Reggie B. Walton,

In the nearly 25 years that I have known Matthew Valentin, I have come to know him as a kind, honest and trustworthy man. He's also one of the most hardworking and devoted people I know.

I met Matt in the third grade when he befriended me during a time that I was struggling with my health. Over the years, I have always known him as a respectable person. He is my husband's best friend and has consistently been there for us whenever we needed him. The second my husband needed help moving furniture into our house, Matt was there the same day. When our thermostats weren't working during the winter time, Matt fixed them right away for us. My point is that Matt is there for people in their time of need, no questions asked.

We know Matt as a loving brother and son, as well as a devoted father and partner. He is always there for his family no matter what.
I write this letter with the hope that the judge will have mercy for Matt. He made a mistake and he deeply regrets it. If given the opportunity to keep his freedoms, there is not a doubt in my mind that Matt will do so much good in this world and continue to help people as we have experienced first hand.

I hope and pray that Matt is given a second chance. Thank you for your time.

Sincerely,
Michelle Molina